**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF WEST VIRGINIA

Case number (*if known*) _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CF Safety Training and Consulting, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  CF Load Services<br>DBA  CF Farms |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2860775** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **230 Prides Xing**<br>**Shenandoah Junction, WV 25442**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson**<br>County | **Location of principal assets, if different from principal place of business**<br>**230 Prides Xing Shenandoah Junction, WV 25442**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.cfsafetytraining.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  CF Safety Training and Consulting, LLC       Case number (if known)
         Name
No: 3:23-bk-00598    Doc 1    Filed 12/26/23    Entered 12/26/23 13:05:18    Page 2 of 11

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5416__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes. |

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. | | | |
|---|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list | Debtor<br>District | When | Relationship<br>Case number, if known | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
Contact name
Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  CF Safety Training and Consulting, LLC    Case number (if known)
         Name
No. 3:23-bk-00598    Doc 1    Filed 12/26/23    Entered 12/26/23 13:05:18    Page 5 of 11

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 26, 2023**
              MM / DD / YYYY

X **/s/ Russell Frederick Collins**                **Russell Frederick Collins**
Signature of authorized representative of debtor    Printed name

Title  **Member/Manager**

**18. Signature of attorney**

X **/s/ Aaron C. Amore WVSB#**              Date  **December 26, 2023**
Signature of attorney for debtor                   MM / DD / YYYY

**Aaron C. Amore WVSB# 6455**
Printed name

**Amore Law, PLLC**
Firm name

**206 West Liberty Street**
**Charles Town, WV 25414**
Number, Street, City, State & ZIP Code

Contact phone  **304 885 4117**    Email address  **aaron@amorelaw.com**

**WVSB# 6455 WV**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CF Safety Training and Consulting, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Agco Finance** P.O. Box 2000. Johnston, IA 50131-0200 | | | | $134,806.00 | $0.00 | $134,806.00 |
| **Agco Finance** P.O. Box 2000. Johnston, IA 50131-0200 | | | | $110,360.00 | $0.00 | $110,360.00 |
| **Ally** P. O. Box 380901 Minneapolis, MN 55438-0901 | | | | $47,769.00 | $0.00 | $47,769.00 |
| **American Express Lowes** P. O.Box 981540 El Paso, TX 79998-1540 | | cc | | | | $5,513.00 |
| **Bank of America** Attn: Bankruptcy NC4-105-02-77 P.O. Box 26012 Greensboro, NC 27410 | | cc | | | | $3,556.00 |
| **Bowles Rice McDavid Graff & Love** P. O. Box 1386 Charleston, WV 25325 | | | | $1,393.00 | $0.00 | $1,393.00 |
| **Capital One** P.O. Box 30285 Salt Lake City, UT 84130-0285 | | cc | | | | $24,136.00 |
| **Capital One** P.O. Box 30285 Salt Lake City, UT 84130-0285 | | cc | | | | $6,618.00 |

Debtor **CF Safety Training and Consulting, LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Car Max** P.O. Box 6045 Carol Stream, IL 60197-6045 | | | | $59,624.00 | $0.00 | $59,624.00 |
| **Car Max** P.O. Box 6045 Carol Stream, IL 60197-6045 | | | | $48,604.00 | $0.00 | $48,604.00 |
| **Chase Auto Finance** P.O. Box 42252 Baltimore, MD 21284-2252 | | | | $39,069.00 | $0.00 | $39,069.00 |
| **Credibly Finance** 25200 Telegraph Rd, Suite 350 Southfield, MI 48033 | | | | $125,000.00 | $0.00 | $125,000.00 |
| **Estate of Copestake** c/o Executrix Catherine Collins 230 Prides Xing Shenandoah Junction, WV 25442 | | | | $145,000.00 | $0.00 | $145,000.00 |
| **Forward Financing** 53 State St, 20th Fl Boston, MA 02109 | | | | $49,105.00 | $0.00 | $49,105.00 |
| **Home Depot Credit Services** P.O. Box 689100 Des Moines, IA 50368-9100 | | charge card | | | | $434.73 |
| **John Deere Credit** P.O. Box 5307 Madison, WI 53791-9044 | | | | $195,559.00 | $0.00 | $195,559.00 |
| **John Deere Credit** P.O. Box 5307 Madison, WI 53791-9044 | | | | $172,830.00 | $0.00 | $172,830.00 |
| **Synchrony Bank Lowes** P.O. Box 105972 Atlanta, GA 30348-5972 | | cc | | | | $9,982.00 |
| **Vermeer** 1210 East Vermeer Road Pella, IA 50219 | | | | $48,283.00 | $0.00 | $48,283.00 |

# United States Bankruptcy Court
### Northern District of West Virginia

In re    __CF Safety Training and Consulting, LLC__      Case No. _____

                                 Debtor(s)      Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December 26, 2023__          **/s/ Russell Frederick Collins**
                                                           **Russell Frederick Collins**/**Member/Manager**
                                                            Signer/Title

CF Safety Training and Consulting, LLC
230 Prides Xing
Shenandoah Junction, WV 25442

Aaron C. Amore WVSB#
Amore Law, PLLC
206 West Liberty Street
Charles Town, WV 25414

Agco Finance
P.O. Box 2000.
Johnston, IA 50131-0200

Ally
P. O. Box 380901
Minneapolis, MN 55438-0901

American Express Lowes
P. O.Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy NC4-105-02-77
P.O. Box 26012
Greensboro, NC 27410

Bowles Rice McDavid Graff & Love
P. O. Box 1386
Charleston, WV 25325

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Car Max
 P.O. Box 6045
Carol Stream, IL 60197-6045

Chase Auto Finance
P.O. Box 42252
Baltimore, MD 21284-2252

Credibly Finance
25200 Telegraph Rd, Suite 350
Southfield, MI 48033

Estate of Copestake
c/o Executrix Catherine Collins
230 Prides Xing
Shenandoah Junction, WV 25442


Forward Financing
53 State St, 20th Fl
Boston, MA 02109


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100


John Deere Credit
P.O. Box 5307
Madison, WI 53791-9044


Synchrony Bank Lowes
P.O. Box 105972
Atlanta, GA 30348-5972


Vermeer
1210 East Vermeer Road
Pella, IA 50219

# United States Bankruptcy Court
## Northern District of West Virginia

In re  **CF Safety Training and Consulting, LLC**                               Case No.
                                          Debtor(s)                             Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CF Safety Training and Consulting, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Catherine C. Collins**
**230 Prides Xing**
**Shenandoah Junction, WV 25442**

**Christina Kite**
**230 Prides Xing**
**Shenandoah Junction, WV 25442**

**Russel Frederick Collins**
**230 Prides Xing**
**Shenandoah Junction, WV 25442**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 26, 2023** | **/s/ Aaron C. Amore WVSB#** |
| Date | **Aaron C. Amore WVSB# 6455** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CF Safety Training and Consulting, LLC** |
| | **Amore Law, PLLC** |
| | **206 West Liberty Street** |
| | **Charles Town, WV 25414** |
| | **304 885 4117 Fax:866 417 8796** |
| | **aaron@amorelaw.com** |